# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

135993

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN GOODSON,
        Defendant-Appellant.

SC: 135993
COA: 282378
Wayne CC: 86-008013

_____/

On order of the Court, the application for leave to appeal the January 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Scott*, 480 Mich 1019 (2008).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

*Corbin R. Davis*

Clerk

s0828